UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL F. HARRISON,<br><br>   Plaintiff,<br><br>   v.<br><br>LINDE, et al.,<br><br>   Defendants. | No. 2:13-cv-1510 KJM CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in the action brought pursuant to 42 U.S.C. § 1983. On September 16, 2013, the court issued and served an order on plaintiff denying his September 5, 2013 motion to appoint counsel. (ECF No. 51.) Three days later, plaintiff signed (and therefore constructively filed) another motion to appoint counsel, now pending before the court. (ECF No. 53.) Coming so soon on the heels of the court's prior order on this subject, plaintiff's motion is duplicative and will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (ECF No. 53) is denied.

Dated: October 4, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / harr1510.31