IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARL F. HARRISON, | No. 2:13-cv-1510 KJM CKD P |
| Plaintiff, | ORDER |
| v. | |
| K. LINDE, et al., | |
| Defendants. | |

Having considered defendants' first motion to modify the scheduling order, and good cause having been found, IT IS ORDERED that the deadline for the parties to file dispositive motions is extended to April 25, 2014.

Dated:  April 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE