IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARL F. HARRISON,<br><br>          Plaintiff,<br><br>     v.<br><br>K. LINDE, et al.,<br><br>          Defendants. | 2:13-cv-1510 KJM CKD P<br><br>ORDER |

The court has considered defendants' second motion to modify the scheduling order (ECF No. 77). Good cause having been found, IT IS ORDERED that the deadline for the parties to file dispositive motions is extended to May 5, 2014.

Dated: April 30, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / harr1510.eot_2