UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL F. HARRISON,<br><br>          Plaintiff,<br><br>     v.<br><br>LINDE, et al.,<br><br>          Defendants. | No. 2:13-cv-1510 KJM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion to stay this action and/or extend the deadline to file and serve objections to the February 2, 2015 findings and recommendations.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 91) is granted in part and denied in part as follows:

1. Plaintiff is granted fourteen days from the date of this order to file objections to the February 2, 2015 findings and recommendations. No further extensions of time will be granted; and

2. Plaintiff's motion is otherwise denied.

Dated: March 5, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / harr1510.36